UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
M.H.Z,                                                            :
                                                                  :
                    *Petitioner*,                    :          25-CV-01373 (JAV)
                                                                  :
        -v-                                     :          <u>ORDER</u>
                                                                  :
WILLIAM P. JOYCE, *et al.*,                                        :
                                                                  :
                    *Respondents*,                :
------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

On February 18, 2025, Petitioner M.H.Z. filed an Emergency Motion for a Temporary Restraining Order ("TRO Motion").  ECF No. 7.  Respondent is ORDERED to file a response to the TRO Motion by **noon on Thursday, February 20, 2025**.

It is FURTHER ORDERED that counsel for all parties shall appear for a hearing with respect to the TRO Motion on **Friday, February 21, 2025,** at **10:30 a.m.**  The conference will be held in Courtroom 14C, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.

      SO ORDERED.

Dated: February 18, 2025
       New York, New York                            _____
                                                            JEANNETTE A. VARGAS
                                                             United States District Judge