UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| M.H.Z.,<br><br>    *Petitioner*,<br><br>v.<br><br>William P. JOYCE, in his official capacity as Acting Field Office Director, New York City Field Office, U.S. Immigration & Customs Enforcement, *et al.*,<br><br>    *Respondents*. | Case No. 25-1373 |

**[PROPOSED] ORDER GRANTING PETITIONER'S UNOPPOSED MOTION FOR LEAVE TO PROCEED USING INITIALS AND REDACT CERTAIN OTHER IDENTIFYING INFORMATION**

Petitioner's motion to proceed in this case using his initials and to redact certain other identifying information is GRANTED. The parties are hereby directed to refer to Petitioner by his initials "M.H.Z." and to redact supporting documents in a consistent manner. The parties are further ordered to redact the first part of M.H.Z.'s email address, the last 7 digits of his phone number, his photograph, and the last names of his family members, from any supporting documents.

IT IS SO ORDERED.

Dated:   February 21, 2025
New York, NY

*Jeannette Vargas*
Hon. Jeannette A. Vargas
United States District Judge